UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
CARLOS MUNOZ, INDIVIDUALLY AND　　　　　　CASE No.: 07-CV-10531 (AKH)
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

**CLERKS' CERTIFICATE**

　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　CLASS ACTION

　　vs.

CHINA EXPERT TECHNOLOGY, INC.; ZHU
XIAOXIN; HUANG TAO; and FU WAN
CHUNG, a/k/a SIMON FU,

　　　　　　Defendants.
---------------------------------------------------------------------------X

　　I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 21, 2007 (Docket no. 1) with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant China Expert Technology, Inc. ("Defendant"), by personal service on this corporate defendant's registered agent on November 30, 2007 (Docket no. 2).

　　I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

DATED:　　New York, New York

　　　　　JAN 22, 2008

　　　　　　　　　　　　　　　　　　　　**J. MICHAEL MCMAHON**
　　　　　　　　　　　　　　　　　　　　**Clerk of the Court**

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
CARLOS MUNOZ, INDIVIDUALLY AND                CASE No.: 07-CV-10531 (AKH)
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

**CERTIFICATE OF SERVICE**

     Plaintiff,

CLASS ACTION

     vs.

CHINA EXPERT TECHNOLOGY, INC.; ZHU
XIAOXIN; HUANG TAO; and FU WAN
CHUNG, a/k/a SIMON FU,

     Defendants.
----------------------------------------------------------------------------X

    I, Phillip Kim, an attorney with the Rosen Law Firm, P.A., hereby certify under penalty of perjury, that I served a copy of the Clerk's Certificate, dated January 22, 2008, upon Defendant China Expert Technology, Inc. on its Registered Agent at: Incorp Services, Inc., 3155 East Patrick Lane, Suite 1, Las Vegas, Nevada, 89120-3481, by mailing and depositing a true and correct copy of said document in a USPS mail drop located at 350 5th Avenue, NY, NY 10007 on the following date: January 22, 2008.

    I certify that the foregoing is true and correct.

DATED:   New York, New York

           January 22, 2008

By:_____
Phillip Kim, Esq.

1