**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOS MUNOZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CHINA EXPERT TECHNOLOGY, INC., ZHU XIAOXIN, HUANG TAO and FU WAN CHUNG<br><br>                    Defendants. | DOCKET NUMBER: 07-cv-10531-AKH<br><br>HON. ALVIN K. HELLERSTEIN |

**MOTION OF THE GROS GROUP TO CONSOLIDATE ALL FUTURE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

1

The Gros Group (or "Movants") respectfully moves this Court for an order: (1) consolidating all future related actions; (2) appointing Movants as Lead Plaintiffs in this action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving its selection of the law firm of Kahn Gauthier Swick, LLC ("KGS"), as Lead Counsel for the Class.

The Gros Group makes this Motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because:

1. it has the largest financial interest in the relief sought by the Class and has incurred substantial losses in the amount of $70,867.50 as a result of its members' purchases of China Expert Technologies, Inc. stock during the Class Period, and

2. it satisfies the typicality and adequacy requirements of Fed. R. Civ. P. Rule 23.

The Gros Group further requests that the Court approve the selection of its counsel, KGS, as Lead Counsel for the Class. KGS is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, and is a firm with the resources to effectively and properly pursue this action.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum of Law and the Miller Declaration submitted herewith, the Gros Group respectfully request that this Court: (1) consolidate all future related actions with the instant case; (2) appoint the Gros Group as Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the PSLRA; (3) approve the Gros Group's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: January 22, 2008                 Respectfully submitted,

                                                 KAHN GAUTHIER SWICK, LLC

                                                 /s/ Kim E. Miller

        Michael A. Swick  (MS-9970)
        Kim E. Miller  (KM-9669)
        12 East 41st Street, 12th Floor
        New York, NY 10017
        Telephone:   (212) 696-3730
        Facsimile:    (504) 455-1498

        And

        KAHN GAUTHIER SWICK, LLC
        Lewis S. Kahn
        650 Poydras St., Suite 2150
        New Orleans, Louisiana 70130
        Telephone (504) 455-1400
        Facsimile: (504) 455-1498

        *Counsel for the Gros Group and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

     I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 22, 2008.

        /s/ Kim E. Miller____
        Kim E. Miller

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOS MUNOZ, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiff, | ) DOCKET NUMBER: 07-cv-10531-AKH |
| v. | ) ) |
| CHINA EXPERT TECHNOLOGY, INC., ZHU XIAOXIN, HUANG TAO and FU WAN CHUNG | ) HON. ALVIN K. HELLERSTEIN ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER CONSOLIDATING ALL FUTURE RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

2

      Having considered the motion of the Gros Group to consolidate all future related actions, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel, and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

      1.    The Actions are hereby consolidated;

      2.    The Gros Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

      3.    The law firm of Kahn Gauthier Swick, LLC is hereby appointed Lead Counsel for Lead Plaintiffs and the Class.

IT IS SO ORDERED.


DATED: _____      _____
                                  THE HONORABLE ALVIN K. HELLERSTEIN
                                  UNITED STATES DISTRICT JUDGE