# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) | DOCKET NUMBER: 07-cv-10531-AKH |
| ) | |
| v. ) | |
| ) | HON. ALVIN K. HELLERSTEIN |
| CHINA EXPERT TECHNOLOGY, INC., ZHU XIAOXIN, HUANG TAO and FU WAN CHUNG ) ) ) | |
| Defendants. ) ) ) | |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF THE GROS GROUP TO CONSOLIDATE ALL FUTURE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.    I am member of the law firm of Kahn Gauthier Swick, LLC.

2.    Movant seeks appointment as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 in the above-captioned action (the "Action").

3.    I submit this Declaration, together with the attached exhibits, in support of the Motion of the Gros Group, to appoint the Gros Group to serve as Lead Plaintiff on behalf of the Class and to approve Movant's choice of Kahn Gauthier Swick, LLC, as Lead Counsel.  I am fully familiar with the facts set forth herein.

4.    Attached hereto as Exhibit A are true and correct copies of the sworn shareholder certifications of Gros Group members Stan Gros, Carl Horn and Kurt Krueger along with a summary loss chart.

5.    Attached hereto as Exhibit B is a true and correct copy of the press release published on November 21, 2007, on *Market Wire*, a well-known, national business-oriented publication, announcing the pendency of the lawsuit commenced by Carlos Munoz, against defendants herein.

7.    Attached hereto as Exhibit C is a true and correct copy of the firm resume of Kahn Gauthier Swick, LLC.


I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.  Executed this 22nd day of January, 2008, at New York, New York.


_____/s/ Kim E. Miller_____
        Kim E. Miller

**CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF**

_Stan Gros_____ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

      1.      Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

      2.      Plaintiff did not purchase securities of China Expert Technology, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

      3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

      4.      During the Class Period, plaintiff has executed transactions in the securities of China Expert Technology, Inc. as follows. See Attached Schedule.

      5.      In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

      6.      Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: _Jan 13_____, 2007 2008

_____

Plaintiff

Name of plaintiff: _____
Schedule of plaintiff's Transaction(s) in
China Expert Technology, Inc.

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| JAN 22, 2007 | 100 | 5.25 |
| JULY 20, 2007 | 400 | 4.85 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|
| NONE | | |

*# 4 OF 5*

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

*CARL HORN* _____(name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

      1.     Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

      2.     Plaintiff did not purchase securities of China Expert Technology, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

      3.     Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

      4.     During the Class Period, plaintiff has executed transactions in the securities of China Expert Technology, Inc. as follows. See Attached Schedule.

      5.     In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

      6.     Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: *01/21*_____, ~~2007~~

                   *2008*

                                          *Carl Horn*

                                             Plaintiff

#5 of 5

Name of plaintiff: CARL HUEN

Schedule of plaintiff's Transaction(s) in
China Expert Technology, Inc.

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 11/15/2006 | 1000 | 3.44 |
| 11/15/2006 | 1500 | 2.95 |
| 2/21/2007 | 1000 | 5.83 |
| 5/17/2007 | 1500 | 6.79 |
| 7/16/2007 | 2000 | 7.19 |
| 10/26/2007 | 3000 | .25 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

_Kur Ts. Krueger_ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

    1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

    2.    Plaintiff did not purchase securities of China Expert Technology, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

    3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

    4.    During the Class Period, plaintiff has executed transactions in the securities of China Expert Technology, Inc. as follows. See Attached Schedule.

    5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

    6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _1/ 22_ , 2008

_Kurts H Krug_
                Plaintiff

Name of plaintiff: *Kurt s Krueger*

### Schedule of plaintiff's Transaction(s) in
### China Expert Technology, Inc.

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 12/26/06 | 1000 | 5.75 |
| 1/5/07 | 1000 | 6.64 |
| 5/14/07 | 1000 | 8.01 |
| 5/16/07 | 1000 | 6.80 |
| 6/20/07 | 500 | 7.10 |
| 6/22/07 | 500 | 7.37 |
| 8/21 | 1000 | 3.41 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|
| 9/10/07 | 6000 | 1.05 |

# The Gros Group Loss Chart
## CHINA EXPERT TECHNOLOGY, INC.

Stan Gros

| DATE | # SHARES BOUGHT | PRICE | COST |
|---|---|---|---|
| 1/22/2007 | 100 | $5.25 | $525.00 |
| 7/20/2007 | 400 | $4.85 | $1,940.00 |
| TOTAL BOUGHT: | 500 | | $2,465.00 |
| TOTAL HELD: | 500 | $0.187 | $93.50 |
| | | **TOTAL LOSS:** | **$2,371.50** |

Carl Horn

| DATE | # SHARES BOUGHT | PRICE | COST |
|---|---|---|---|
| 11/15/2006 | 1000 | $3.44 | $3,440.00 |
| 11/15/2006 | 1500 | $2.95 | $4,425.00 |
| 2/21/2007 | 1000 | $5.83 | $5,830.00 |
| 5/17/2007 | 1500 | $6.79 | $10,185.00 |
| 7/16/2007 | 2000 | $7.19 | $14,380.00 |
| TOTAL BOUGHT: | 7000 | | $38,260.00 |
| TOTAL HELD: | 7000 | $0.187 | $1,309.00 |
| | | **TOTAL LOSS:** | **$36,951.00** |

Kurt Krueger

| DATE | # SHARES BOUGHT | PRICE | COST |
|---|---|---|---|
| 12/20/2006 | 1000 | $5.75 | $5,750.00 |
| 1/5/2007 | 1000 | $6.64 | $6,640.00 |
| 5/14/2007 | 1000 | $8.01 | $8,010.00 |
| 5/16/2007 | 1000 | $6.80 | $6,800.00 |
| 6/20/2007 | 500 | $7.10 | $3,550.00 |
| 6/22/2007 | 500 | $7.37 | $3,685.00 |
| 8/21/2007 | 1000 | $3.41 | $3,410.00 |
| TOTAL BOUGHT: | 6000 | | $37,845.00 |

| DATE | # SHARES SOLD | PRICE | COST |
|---|---|---|---|
| 9/10/2007 | 6000 | $1.05 | $6,300.00 |

# The Gros Group Loss Chart
## CHINA EXPERT TECHNOLOGY, INC.

TOTAL SOLD:          6000                              $6,300.00

TOTAL HELD:          0

                                    **TOTAL LOSS:**    **$31,545.00**

90 Day Average
Holdout Price:
$0.187


# TOTAL GROUP LOSS:  $70,867.50

The Rosen Law Firm Files Securities Class Action Charging China Exp...s Laws -- CXTI.PK Formerly CXTI.OB: Financial News - Yahoo! Finance

Case 1:07-cv-10531-AKH     Document 7-3     Filed 01/22/2008     Page 1 of 2

Yahoo!My Yahoo!Mail     Make Y! your home

page


**YAHOO!** FINANCE

Search:

**Sign In**

New User? Sign Up

Finance Home - Help

MARKETWIRE

- • **Home**    • **Investing**    • **News & Opinion**    • **Personal Finance**    • Get Quotes
  HOME        INVESTING        NEWS & OPINION        PERSONAL FINANCE

- •                                                                                        •

⌕ **Finance Search**

TD AMERITRADE          *Scottrade* Member FINRA/SIPC

**Press Release**                                                          Source: Rosen Law Firm P.A.

**Related Quote**

| CXTI.PK | 0.05 | -0.01 | News |

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

# The Rosen Law Firm Files Securities Class Action Charging China Expert Technology, Inc. With Violations of the Federal Securities Laws -- CXTI.PK Formerly CXTI.OB

Wednesday November 21, 8:31 pm ET

NEW YORK, NY--(MARKET WIRE)--Nov 21, 2007 -- The Rosen Law Firm announced today that it has filed a class action lawsuit on behalf of all purchasers of China Expert Technology, Inc. ("CXTI" or the "Company") (Other OTC:CXTI.PK - News) (formerly OTCBB: CXTI) stock from November 14, 2006 through October 1, 2007, inclusive (the "Class Period").

To join the CXTI class action, go to the website at http://www.rosenlegal.com or call Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER.

The case is pending in the United States District Court for the Southern District of New York as case no. 07-cv-10531. You can obtain a copy of the complaint from the clerk of court or you may contact counsel for plaintiffs Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com.

ADVERTISEMENT    The complaint charges CXTI and certain of its present and former officers and directors with violations of Sections 10(a) and 20(a) of the Securities Exchange Act of 1934. According to the complaint, during the Class Period the Company issued materially false and misleading statements pertaining to its financial results, condition, and business prospects.

The complaint asserts that on July 19, 2007 the Company's CFO suddenly resigned. Thereafter, on August 14, 2007 CXTI announced that it had obtained a five-day extension with the SEC to file its quarterly report on Form 10-Q. During this period of time, numerous articles were published by media outlets calling into question the veracity CXTI's disclosures. On October 1st, following the resignation of the Company's auditor, the SEC temporarily halted trading of CXTI's stock. As a result of these adverse disclosures, investors were damaged.

A class action lawsuit has already been filed on behalf of CXTI shareholders. If you wish to serve as lead plaintiff, you must move the Court no later than January 21, 2008. If you wish to join the litigation or to discuss your rights or interests regarding this class action, please contact plaintiff's counsel, Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm toll free at 866-767-3653 or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com.

**Related News Stories**

- Federder & Sherwood Announces That a Securities Class Action Lawsuit Has Been Filed Against China Expert Technology, Inc. (PINKSHEETS: CXTI) -
  Marketwire (Wed Nov 28)

- CHINA EXPERT TECHNOLOGY, INC. Financials - EDGAR Online Financials (Thu Sep 27)

- CHINA EXPERT TECHNOLOGY, INC. Financials - EDGAR Online Financials (Sat Aug 25)

- CHINA EXPERT TECHNOLOGY, INC. Files SEC form 8-K, Results of Operations and Financial Condition - EDGAR Online (Fri Jul 20)

  More...

ADVERTISEMENT

Case 1:07-cv-10531-AKH    Document 7-3    Filed 01/22/2008    Page 2 of 2

The Rosen Law Firm has expertise in prosecuting investor securities litigation and extensive experience in actions involving financial fraud. The Rosen Law Firm represents investors throughout the nation, concentrating its practice in securities class actions.

*Contact:*

Contact:
Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm P.A.
Tel:  (212) 686-1060
Weekends Tel: (917) 797-4425
Toll Free: 1-866--767-3653
Fax: (212) 202-3827
Email Contact
Email Contact
http://www.rosenlegal.com

Source: Rosen Law Firm P.A.

 Email Story     Set News Alert    Print Story

**Top Stories**

- Stocks Plunge on Recession Fears - AP (10:46 am)
- Bank of America 4Q Profits Plunge - AP (10:20 am)
- Ambac Posts $3.26 Billion Quarterly Loss - AP (9:29 am)
- JNJ 4Q Profit Rises Nearly 10 Percent - AP (10:12 am)

More...

- Most-viewed articles

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page ( About My Yahoo! and RSS )

CXTI.PK Headlines


More Finance RSS Feeds

Sponsor Results

**Countrywide® Home Loans**
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

**Try Forex Currency Trading at Forex.com**
Free $50,000 practice account with real-time charts, news and research.
www.forex.com

**Trade Forex Online with GFT**
Free Forex Demo & Training. Trade 24 hrs-a-day 5.5 days a week.
www.GFTforex.com

(What's This?)

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.



Kahn Gauthier Swick, LLC ("KGS") (www.kgscounsel.com) is a law firm with offices in New Orleans and New York City. KGS focuses predominantly on class action litigation as well as mass tort litigation, in the areas of securities and consumer fraud, and other complex litigation. KGS was formed in 2000 as a partnership between established class action attorneys. Since its inception KGS has recovered tens of millions of dollars for its clients.

KGS's lawyers have significant experience litigating complex securities class actions. Among other cases the firm is involved in, KGS has been appointed to leadership roles in the following securities class actions:

*In re U.S. Auto Parts Networks,*    C.D. Cal.
*Inc. Securities Litigation*
*Lead Counsel*

*In re Optionable, Inc. Securities*    S.D.N.Y.
*Litigation*
*Lead Counsel*

*In re Xethanol Corporation*    S.D.N.Y.
*Securities Litigation*
*Lead Counsel*

*Pixelplus Co. Ltd.*    S.D.N.Y.
*Co-Lead Counsel*

*In re Witness Systems Inc.*    N.D. Ga.
*Securities Litigation*
*Co-Lead Counsel*

*Whitney Information Network*    M.D. Fla.
*Lead Counsel*

*Bodisen Biotech, Inc.*    S.D.N.Y.
*Co-Lead Counsel*

| | |
|---|---|
| ***Pegasus Wireless Corp.***<br>Lead Counsel | *S.D. Fla.* |
| ***In re Xinhua Finance Media, Ltd.***<br>***Securities Litigation***<br>Co-Lead Counsel | *S.D.N.Y.* |
| ***Terayon Comm. Systems Inc.***<br>Co-Lead Counsel | *N.D. Cal.* |
| ***Gaming Partners***<br>Co-Lead Counsel | *D. Nev.* |

## <u>LAWYERS</u>

### Partners

***Lewis S. Kahn***

Lewis Kahn serves as the managing partner of KGS. Along with the representation of thousands of plaintiffs in mass tort cases and thousands of wronged investors in class actions throughout the United States, Mr. Kahn has been appointed to various leadership positions in federal class action litigation. Among other appointments, Mr. Kahn served as a member of the Plaintiffs' Steering Committee in MDL 1481, *In re Meridia Products Liability Litigation*, appointed by Judge James S. Gwin in the United States District Court for the Northern District of Ohio, Eastern District.

Mr. Kahn is often turned to by the media for expert commentary in the field of class action litigation. KGS has been profiled in the *New York Times*, *Washington Post*, *Boston Globe*, and many other media outlets. Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He has been a member in good standing of the Louisiana State Bar Association since 1995, and is a member of the Federal Bars for the Eastern, Middle and Western Districts of Louisiana.

### Michael A. Swick

Michael A. Swick heads KGS's Securities Litigation Group. Mr. Swick began his career in the mid 1990's working at several of the nation's leading securities class action law firms.

Over the past decade, Mr. Swick has played a significant role in investigating corporate fraud, initiating litigations, and drafting amended complaints in cases involving the Securities Act of 1933 and the Securities Exchange Act of 1934.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994. Mr. Swick received a Masters of Political Philosophy from Columbia University in 1989 and a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the State Bar of New York in 1996 and is a member of the Federal Bar for the Southern District of New York.

### Kim E. Miller

Kim E. Miller is a partner of Kahn Gauthier Swick, LLC, who specializes in securities, consumer, and commercial litigation. Prior to joining KGS in 2006, Ms. Miller was a partner at one of the nation's leading plaintiff class action firms. Ms. Miller also spent two years as a securities litigator on the defense side while at Gray Cary Ware & Friedenrich LLP in Palo Alto, California.

Over the course of her career, Ms. Miller has represented tens of thousands of wronged investors and consumers in class actions filed throughout the country. Among other cases, Ms. Miller has worked on more than 25 cases involving allegations of improper directed brokerage arrangements and excessive charges in mutual fund cases brought pursuant to the 1934 Securities Exchange Act and/or the Investment Company Act of 1940. Ms. Miller was also involved in the mutual funds late trading/market timing litigation.

Ms. Miller has been involved in a variety of cases in which large settlements were reached, including:

**Settlement value of $127.5 million** *Spahn v. Edward D. Jones & Co., L.P.*, 04-cv-00086-HEA (E.D. Mo.)

**$110 Million Recovery.** *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.)

**$100 Million Recovery.** *In re American Express Financial Advisors, Inc. Sec. Litig.*, 1:04-cv-01773-DAB (S.D.N.Y.)

Ms. Miller was also a member of the trial team that obtained a federal jury verdict in favor of plaintiffs in a case involving the aiding and abetting of a mortgage company's fraudulent lending practices. *Austin v. Lehman Commercial Paper*, No. 04-55942 (DOC)(C.D. Cal.).

Ms. Miller graduated with honors from Stanford University in 1992 with a double major in English and Psychology. She earned her Juris Doctor degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Miller was the Co-Chair of the Women's Law Symposium, Bench Brief Editor of the Moot Court Board, and a member of the Board of Editors of the Cornell Journal of Law & Public Policy. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California. Her *pro bono* work includes representing families of 9/11 victims at *In re September 11 Victim Compensation Fund* hearings. Ms. Miller has also served as a fundraiser for the New York Legal Aid Society.

***Stuart J. Guber***

Stuart J. Guber is a partner in Kahn Gauthier Swick, LLC who specializes in securities class actions and derivative litigation. Prior to joining KGS, Mr. Guber was a

partner at several large securities class action firms, where he had primary responsibility for the following cases:

> *In re Rite Aid Pharmacy Sec. Litig.,* MDL 1360 (E.D.Pa) ($320 million settlement);
>
> *In re Providian Financial Corp. Sec. Litig.,* C 01-3952 (N.D. Cal.) ($65 million settlement);
>
> *In re Bell South Corp. Sec. Litig.,* No. 1:02 2142 (N.D.Ga.) ($35 million settlement);
>
> *In re Campbell Soup Sec.Litig.,* No. 1:00-CV-00152 (D. N.J.)($35 million settlement);
>
> *Paine v. Microwarehouse, Inc.,* No. 3:96-CV-01920 (D. Conn.) ($30 million settlement);
>
> *In re Premier Technologies, Inc. Sec. Litig.* No. 98-CV-1804 ($20.75 million settlement);
>
> *In re Boston Chicken, Inc. Sec. Litig.,* No. 1:97-CV-01435 (D.Colo.)($20 million settlement);
>
> *Nepomuceno v. Knights of Columbus,* No. Civ.A. 96 C 4789 (N.D. Ill.) ($22 million settlement in life insurance vanishing premium policy consumer fraud case);
>
> *Criddle v. CNF, Inc.,* C.A. No. 434340 (Cal.Sup.Ct.)(successful derivative action resulted in corporate governance changes to address specific misconduct alleged in complaint relating to safety and maintenance reporting issues).

Mr. Guber has spoken at the Atlanta Bar subsection on Securities and Corporate Litigation on the effect of the U.S. Supreme Court's decision in *Dura Pharmaceuticals* on pleading loss causation in Section 10(b) claims under the Securities Exchange Act of 1934 and on the options backdating phenomena. He has appeared as a panel member at the Georgia Bar's Annual CLE Seminar on Securities and Corporate Litigation and authored a paper entitled "The Application of Federal Rule of Civil Procedure 9(b) to Pleading Claims under the Securities Act of 1933." He also was trial counsel in *Robbins*

*v. Koger Properties*, Inc in which the jury rendered a verdict for $81.3 million against the accounting firm of Deloitte & Touche.

Mr. Guber graduated from Temple University in 1986 with a major in Accounting. He earned his Juris Doctor degree from Temple University School of Law in 1990. Mr. Guber is admitted to practice in the States of Georgia and Pennsylvania and before the United States District Courts for the Northern District of Georgia, Eastern District of Pennsylvania, District of Colorado, and Eastern District of Michigan. He is admitted to practice before the United States Circuit court of Appeals for the First, Third, Eighth, Ninth, Tenth and Eleventh Circuits.

### Kevin L. Oufnac

Kevin Oufnac joined Kahn Gauthier Swick, LLC in 2006. Prior to becoming a partner in KGS, Mr. Oufnac spent many years litigating cases throughout the United States with several of the nation's most recognized law firms, including Ness, Motley, Loadholt, Richardson, & Poole, PA; Richardson, Patrick, Westbrook & Brickman, LLC; and Motley Rice, LLC. In addition to individual cases, some of the litigations in which Mr. Oufnac has participated include *In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Second Mortgage Loan Litigation*, No. 03-0425 (W.D. Pa.) (which resulted in a settlement of $33 million to the class members), and *Dundon v. U.S. Bank*, No. 01-408 (S.D. Ill.) (which resulted in a settlement of $26 million to the class members).

Mr. Oufnac received his Juris Doctor in 1995 from the Loyola University School of Law, New Orleans. He is a member of the Louisiana State Bar Association, the South Carolina State Bar Association, and the Association of Trial Lawyers of America. Mr. Oufnac has also been admitted to the United States Court of Appeals for the Fourth Circuit and the United States District Courts for the Eastern District of Michigan, the

Eastern District of Louisiana, and the District of South Carolina.

**Of Counsel**

***Charles C. Foti, Jr.***

Charles C. Foti, Jr. served as the Attorney General for the state of Louisiana from 2004-2008, after serving for 30 years as one of the most innovative law enforcement officials in the United States as Orleans Parish Criminal Sheriff.  Throughout his career, General Foti has remained committed to public service.

As Attorney General for the state of Louisiana, General Foti's achievements include:

> *\* Recovered over $24 million for Louisiana consumers in consumer fraud matters, $8 million in anti-trust litigation, $9.1 million for state employees through Office of Group Benefits, over $2 million for auto complaints, over $33 million in Medicaid Fraud.*

> *\* Investigated and apprehended numerous contractor fraud criminals in the wake of the worst natural disaster in United States history, Hurricane Katrina.*

> *\* Louisiana Internet Crimes Against Children Task Force doubled the number of arrests for crime against children.*

In his tenure as Orleans Parish Criminal Sheriff, General Foti oversaw the enormous expansion of the parish jail, growing from 800 prisoners in 1973 to more than 7,000 currently. As the prison expanded, so did the need for education and rehabilitation skills for prisoners. As Sheriff, General Foti started the first reading and GED programs, work release programs, drug treatment programs and the nation's first boot camp at the local level, all to prepare prisoners for a future without crime. Administratively, General Foti managed a multi-million dollar budget and a complex organization of more than 1,400 employees.

General Foti has for many years been an advocate for the elderly. As Sheriff, he and a small army of volunteers provided Thanksgiving meals for senior citizens in the New Orleans area who were alone or couldn't afford a proper holiday feast. He started a back to work program for senior citizens that helps people over the age of 55 get back into the workforce.

General Foti received his Juris Doctor degree from Loyola University Law School in 1965, after serving his country in the United States Army from 1955 through 1958.

### Glen Woods

Glen Woods joined Kahn Gauthier Swick, LLC as Of Counsel in 2006. Mr. Woods has tried over two hundred business and tort cases in Louisiana state and federal courts. Mr. Woods achieved a $346 million verdict in 1997 in a breach of contract case against Entergy and a $55 million verdict against ADP for its involvement in the New Orleans Fairgrounds fire years earlier. Mr. Woods began his legal career in 1985 as an Assistant District Attorney to Harry Connick Sr. and was appointed Special Prosecutor responsible for capital homicides. Mr. Woods is admitted to practice in all state courts in the State of Louisiana, the United States District Court for the Eastern District of Louisiana, and the United States Court of Appeals for the Fifth Circuit. Mr. Woods received his Juris Doctor from Southern University in 1984 and received a Bachelor of Arts in Sociology from the University of Southwestern Louisiana in 1979.

### Associates

### Catherine R. Gauthier

Catherine R. Gauthier holds a Bachelor of Arts degree from the University of Louisiana at Lafayette, having graduated *magna cum laude* in 2000. She received a Juris Doctor from Loyola University School of Law, New Orleans and was admitted to

practice law in the State of Louisiana in 2005. She is a member of the Louisiana State Bar Association, the American Bar Association and the American Association of Trial Lawyers.

### George S. Mentz

George Mentz is licensed to practice law in Louisiana and the Federal Courts of the EDLA and is a member of the Tax, Trusts & Estates & International Law Sections of the Bar. Mr. Mentz is chiefly a consultant and professor in the areas of ethics, consumer and victims rights, international law, business law, and financial law. Mr. Mentz has recently been featured or quoted in the Wall Street Journal, Financial Times Asia, China Daily, The Arab Times, The Hindu National (India), and The El Norte Mexico Newspapers. Mr. Mentz has written and published in multiple venues around the world in Radio, TV, magazines, web-casts, and journals and has published over 22 books and training manuals.

Professor Mentz serves on several boards and advisory committees in the US, Europe, and Asia. Mr. Mentz has a JD, MBA, certified financial consultant credential and financial planner license. Mr. Mentz has provided specialized consulting over the years as to valuation and quantum damages and has testified and been accepted as an expert in NASD securities arbitration hearings. Mr. Mentz was recently appointed to the Institutional Advisory Board of the Global Finance Forum in Switzerland, the ERISA Fiduciary Guild Advisory Board, and the AML Anti Money Laundering Committee for ICA USA, and was recently re-elected to the Financial Training and Ethics Board for AAFM Worldwide for 2007. Prof. Mentz has trained thousands of people in the areas of law, finance, ethics, tax, corporate governance, investments, and wealth management, and has taught over 100 law, business, and ethics courses at the graduate and undergraduate level over the last ten years.

Mr. Mentz earned his Juris Doctor from Loyola University School of Law, New Orleans. Mr. Mentz was Chairman and Faculty Advisor for the Tax and Estate Planning Law Review at Loyola University. Further, Mr. Mentz holds an MBA in International Business and Financial Planning from Loyola, as well as a BA with a focus on International Politics.

### Sarah Catherine Boone

Sarah Catherine Boone holds a Bachelor of Arts in Philosophy from the University of Southern California and a Master of Fine Arts in Writing from the Master of Professional Writing Program at USC. She received her Juris Doctor from Tulane Law School and was admitted to practice law in the State of Montana in 2007. She is a member of the Montana State Bar Association and she has been admitted to the United States District Court for the District of Montana.