**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | CASE No.: 07-CV-10531 (AKH) |
| Plaintiff, | **DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF THE CXTI INVESTORS TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL** |
| vs. | |
| CHINA EXPERT TECHNOLOGY, INC.; ZHU XIAOXIN; HUANG TAO; and FU WAN CHUNG, a/k/a SIMON FU, | |
| Defendants. | CLASS ACTION |

------------------------------------------------------------------X

## DECLARATION OF PHILLIP KIM

Phillip Kim, hereby declares under penalty of perjury:

1.    I am an attorney with the Rosen Law Firm, P.A. [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and before this Court. I make this Declaration in support of the Motion of Plaintiffs Joseph Nunn; The Hantash Family consisting of Basil Hantash, his mother Amna Hantash, and his brother Bashar Hantash; and Kenneth Price (collectively the "CXTI

Investors") to be appointed Lead Plaintiffs, and for approval of the Rosen Law Firm, P.A. to serve as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service on November 21, 2007.

3.      Attached hereto as Exhibit 2 are true and correct copies of each of the members of the CXTI Investors PSLRA certifications.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing the losses of the CXTI Investors in China Expert Technology, Inc. securities during the Class Period.

5.      Attached hereto as Exhibit 4 is a copy of the firm resume of the Rosen Law Firm, P.A..

Executed: January 22, 2008                  /s/ Phillip Kim
                                           Phillip Kim

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this on the 22nd day of January 2008, a true and correct copy of the foregoing DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF THE CXTI INVESTORS TO: (1) APPOINT LEAD PLAINTIFFS; AND (2) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim

Exhibit 1

**Press Release**                                                    Source: Rosen Law Firm P.A.

# The Rosen Law Firm Files Securities Class Action Charging China Expert Technology, Inc. With Violations of the Federal Securities Laws -- CXTI.PK Formerly CXTI.OB

Wednesday November 21, 8:31 pm ET

NEW YORK, NY--(MARKET WIRE)--Nov 21, 2007 -- The Rosen Law Firm announced today that it has filed a class action lawsuit on behalf of all purchasers of China Expert Technology, Inc. ("CXTI" or the "Company") (Other OTC:CXTI.PK - News) (formerly OTCBB: CXTI) stock from November 14, 2006 through October 1, 2007, inclusive (the "Class Period").

To join the CXTI class action, go to the website at http://www.rosenlegal.com or call Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER.

The case is pending in the United States District Court for the Southern District of New York as case no. 07-cv-10531. You can obtain a copy of the complaint from the clerk of court or you may contact counsel for plaintiffs Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com.

The complaint charges CXTI and certain of its present and former officers and directors with violations of Sections 10 (a) and 20(a) of the Securities Exchange Act of 1934. According to the complaint, during the Class Period the Company issued materially false and misleading statements pertaining to its financial results, condition, and business prospects.

The complaint asserts that on July 19, 2007 the Company's CFO suddenly resigned. Thereafter, on August 14, 2007 CXTI announced that it had obtained a five-day extension with the SEC to file its quarterly report on Form 10-Q. During this period of time, numerous articles were published by media outlets calling into question the veracity CXTI's disclosures. On October 1st, following the resignation of the Company's auditor, the SEC temporarily halted trading of CXTI's stock. As a result of these adverse disclosures, investors were damaged.

A class action lawsuit has already been filed on behalf of CXTI shareholders. If you wish to serve as lead plaintiff, you must move the Court no later than January 21, 2008. If you wish to join the litigation or to discuss your rights or interests regarding this class action, please contact plaintiff's counsel, Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm toll free at 866-767-3653 or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com.

The Rosen Law Firm has expertise in prosecuting investor securities litigation and extensive experience in actions involving financial fraud. The Rosen Law Firm represents investors throughout the nation, concentrating its practice in securities class actions.


*Contact:*

```
        Contact:
        Laurence Rosen, Esq.
        Phillip Kim, Esq.
        The Rosen Law Firm P.A.
        Tel:  (212) 686-1060
        Weekends Tel: (917) 797-4425
        Toll Free: 1-866--767-3653
        Fax: (212) 202-3827
        Email Contact
```

Email Contact
http://www.rosenlegal.com

_____

Source: Rosen Law Firm P.A.

Exhibit 2

Print Message                                    Close this window

**From** postmaster@rosenlegal.com
**Date** 2007/12/05 Wed PM 04:20:50 CST
**To** rosenlegal@verizon.net
**Subject** Confirmation of Receipt of Certification

Dear Joseph Curtis Nunn,

We have received your certification in the China Expert Technology, Inc class action litigation. Thank you for submitting your information. Below is a copy of your certification - please retain it for your records. If you have any questions, please feel free to contact us at 1-866-rosenlegal (866-767-3653) or via e-mail at info@rosenlegal.com.

With increasing frequency, we find that our new clients were victimized by more than one company. If you think you may have lost monies in the market due to the dishonest acts or statements of a different company and would like it to be investigated, free of charge, please email us at reportfraud@rosenlegal.com.

Sincerely,

The Rosen Law Firm P.A.

--------

CERTIFICATION

Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against China Expert Technology, Inc. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The China Expert Technology, Inc Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name: Joseph

Last name: Nunn

Address:

City:

State

Email:

Phone:

The Plaintiff Certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Shares Purchased:

Purchase Date(s): 1-15-06
Number of shares: 20000
Price per Share: 3.44

Purchase Date(s): 12-15-06
Number of shares: 10000
Price per Share: 5.044

Purchase Date(s): 01-19-07
Number of shares: 10000
Price per Share: 5.9

Purchase Date(s): 2-08-07
Number of shares: 5000
Price per Share: 4.738

Purchase Date(s): 5-16-07
Number of shares: 20000
Price per Share: 6.7

Purchase Date(s): 5-18-07
Number of shares: 10000
Price per Share: 6.702

Purchase Date(s): 7-20-07
Number of shares: 5000
Price per Share: 4.85

Purchase Date(s): 7-24-07
Number of shares: 5000
Price per Share: 3.749

Purchase Date(s): 8-14-07
Number of shares: 1700
Price per Share: 2.6

Purchase Date(s): 9-05-07
Number of shares: 13300
Price per Share: 1.937


Shares Sold:


7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate: yes

By clicking on the button below, I intend to sign and execute this agreement: yes

Clicked to Submit Certification in the China Expert Technology, Inc Action

Signed pursuant to California Civil Code Section 1633.1, et seq. - Uniform Electronic Transactions Act

-------------

Currently Viewing
| Holdings ▼ |

Select Account
| (UQ 90549) IRA ▼ | [Go]

**CHINA EXPERT TECHNOLOGYY | Price $0.030  0.000 ·  as of 12/17 3:58p**

| Cost Basis for (UQ 90549) IRA

| Trade Date | Quantity | Open Price | Cost Basis | Market Value | Change In Value | Unrealized_Ga |
|---|---|---|---|---|---|---|
| 2006-11-15 | 20,000.000 | $3.440 | $68,795.00 | $600.00 | 0.00 | $-68,195.00 |
| 2006-12-15 | 10,000.000 | $5.044 | $50,445.00 | $300.00 | 0.00 | $-50,145.00 |
| 2007-01-19 | 10,000.000 | $5.900 | $59,000.00 | $300.00 | 0.00 | $-58,700.00 |
| 2007-02-08 | 5,000.000 | $4.738 | $23,690.00 | $150.00 | 0.00 | $-23,540.00 |
| 2007-05-16 | 20,000.000 | $6.700 | $134,000.00 | $600.00 | 0.00 | $-133,400.00 |
| 2007-05-18 | 10,000.000 | $6.702 | $67,024.90 | $300.00 | 0.00 | $-66,724.90 |
| 2007-07-20 | 5,000.000 | $4.850 | $24,250.00 | $150.00 | 0.00 | $-24,100.00 |
| 2007-07-24 | 5,000.000 | $3.749 | $18,745.00 | $150.00 | 0.00 | $-18,595.00 |
| 2007-08-14 | 1,700.000 | $2.600 | $4,420.00 | $51.00 | 0.00 | $-4,369.00 |
| 2007-09-05 | 13,300.000 | $1.937 | $25,762.00 | $399.00 | 0.00 | $-25,363.00 |
| Total* | 100,000.000 | | $476,131.90 | $3,000.00 | $0.00 | $-473,131.90 |

*Account values do not include cash transactions and/or purchases or sales done today
*Total unrealized gain/loss does not include positions without a cost basis

Please Note  Prices used to value individual equity and options positions  which are also used to calculate overall account valuation. are de
Mutual Funds are updated daily (not intraday)  Certain securities transactions (such as corporate actions involving splits) are not reflected in
intraday value for gains/losses  For additional important disclosures about account value. please click on the disclosure link below

Please Note  The "Unrealized Gain/Loss" and the "Investment Return" information may include calculations based upon non- UBS Financia
information  In addition  if this report contains positions with unavailable cost basis  the "Unrealized Gain/Loss" and the "Investment Return"
The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financ
information may not be accurate and is provided for informational purposes only  Clients should not rely on this information in making purch
purposes or otherwise  Rely only on year-end tax forms when preparing your tax return

Monday. December 17, 2007

© UBS 1998-2006  All rights reserved  Wealth Management services in the United States are provided by UBS Financial Services Inc.  a reg
offering securities, trading  brokerage and related products and services. Member SIPC
**Important Legal Information | Loan Disclosure | Privacy & Security | Notice for Non-U.S. Investors | Best Execution Statement | Use
Advisory & Brokerage Services**
For assistance, contact UBS Client Services USA at 1-888-279-3343 or onlineservices@ubs.com

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against China Expert Technology, Inc. ("CXTI"), and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against CXTI and certain of its officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in CXTI securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 5500 | 1/19/07 | $5.75 | | $ |
| 1100 | 2/7/07 | $5.48 | | $ |
| 15000 | 3/30/07 | $4.51 | | $ |
| 3400 | 4/3/07 | $5.19 | | $ |
| 3000 | 4/9/07 | $5.14 | | $ |
| 600 | 4/9/07 | $5.15 | | $ |
| 100 | 4/9/07 | $5.16 | | $ |
| 1000 | | $ | 7/23/07 | $4.69 |
| 1000 | | $ | 7/23/07 | $4.69 |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of November , 2007.

Signature: _____
Name:      Basil Hantash
Address:

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY  10118

2

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against China Expert Technology, Inc. ("CXTI"), and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against CXTI and certain of its officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in CXTI securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 11500 | 3/22/07 | 5.00 | | |
| 1500 | 3/22/07 | 4.95 | | |
| 1000 | 3/22/07 | 4.92 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of November , 2007

Signature: Amna Hantash

Name:        Amna Hantash

Address:

Phone:

E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827      2
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against China Expert Technology, Inc. ("CXTI"), and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed the complaint against CXTI and certain of its officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.     I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales I have made in CXTI securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 600 | 4/3/07 | 5.08 | | |
| 3150 | 4/3/07 | 5.15 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of NOVEMBER , 2007

Signature:
Name:        Bashar Hantash
Address:

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827      2
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against China Expert Technology, Inc. ("CXTI"), and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against CXTI and certain of its officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in CXTI securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 25,000 | 6/7/07 | $5.75 | | $ |
| 10,000 | 8/7/07 | $3.50 | | $ |
| 1,000 | 8/7/07 | $3.28 | | $ |
| 6,450 | 8/13/07 | $2.90 | | $ |
| 15,000 | 9/17/07 | $1.50 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __10__ day of December , 2007.

Signature: _____
Name:     Kenneth Price
Address:

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 500 | | $ | 7/16/07 | $ 7.31 |
| 1200 | | $ | 7/16/07 | $ 7.30 |
| 5000 | | $ | 7/17/07 | $ 7.00 |
| 750 | | $ | 7/17/07 | $ 7.02 |
| 50,000 | | $ | 11/30/07 | $ .13 |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

2

Exhibit 3

## CXTI INVESTORS LOSS CHART

| NAME | DATE PURCHASED | # PURCHASED | $ PER SHARE | COST | DATE SOLD | # SOLD | $ PER SHARE | PROCEEDS | HELD SHARES | VALUE OF HELD SHARES ($.14) | NET LOSS |
|------|----------------|-------------|-------------|------|-----------|--------|-------------|----------|-------------|------------------------------|----------|
| **Nunn, Joseph** | 1/15/2006 | 20,000 | ($3.44) | ($68,800.00) | | | | | | | |
| | 12/15/2006 | 10,000 | ($5.04) | ($50,440.00) | | | | | | | |
| | 1/19/2007 | 10,000 | ($5.90) | ($59,000.00) | | | | | | | |
| | 2/8/2007 | 5,000 | ($4.74) | ($23,690.00) | | | | | | | |
| | 5/16/2007 | 20,000 | ($6.70) | ($134,000.00) | | | | | | | |
| | 5/18/2007 | 10,000 | ($6.70) | ($67,020.00) | | | | | | | |
| | 7/20/2007 | 5,000 | ($4.85) | ($24,250.00) | | | | | | | |
| | 7/24/2007 | 5,000 | ($3.75) | ($18,745.00) | | | | | | | |
| | 8/14/2007 | 1,700 | ($2.60) | ($4,420.00) | | | | | | | |
| | 9/5/2007 | 13,300 | ($1.94) | ($25,762.10) | | | | | | | |
| | **TOTAL** | **100,000** | | **($476,127.10)** | | **TOTAL** | | | **100000** | **14,000** | **($462,127.10)** |

### Hantash Family

| NAME | DATE PURCHASED | # PURCHASED | $ PER SHARE | COST | DATE SOLD | # SOLD | $ PER SHARE | PROCEEDS | HELD SHARES | VALUE OF HELD SHARES ($.14) | NET LOSS |
|------|----------------|-------------|-------------|------|-----------|--------|-------------|----------|-------------|------------------------------|----------|
| **Hantash, Ama** | 3/22/2007 | 11,500 | ($5.00) | ($57,500.00) | | | | | | | |
| | 3/22/2007 | 1,500 | ($4.95) | ($7,425.00) | | | | | | | |
| | 3/22/2007 | 1,000 | ($4.92) | ($4,920.00) | | | | | | | |
| | **TOTAL** | **14,000** | | **($69,845.00)** | | **TOTAL** | | | **14000** | **1,960** | **($67,885.00)** |
| **Hantash, Bashar** | 4/3/2007 | 600 | ($5.08) | ($3,048.00) | | | | | | | |
| | 4/3/2007 | 3,150 | ($5.15) | ($16,222.50) | | | | | | | |
| | **TOTAL** | **3,750** | | **($19,270.50)** | | **TOTAL** | | | **3750** | **525** | **($18,745.50)** |
| **Hantash, Basil** | 1/19/2007 | 5,500 | ($5.75) | ($31,625.00) | 7/23/2007 | 1,000 | $4.66 | $4,660.00 | | | |
| | 2/7/2007 | 1,100 | ($5.48) | ($6,028.00) | 7/23/2007 | 1,000 | $4.69 | $4,690.00 | | | |
| | 3/30/2007 | 15,000 | ($4.51) | ($67,650.00) | | | | | | | |
| | 4/3/2007 | 3,400 | ($5.19) | ($17,646.00) | | | | | | | |
| | 4/9/2007 | 3,000 | ($5.14) | ($15,420.00) | | | | | | | |
| | 4/9/2007 | 600 | ($5.15) | ($3,090.00) | | | | | | | |
| | 4/9/2007 | 100 | ($5.16) | ($516.00) | | | | | | | |
| | **TOTAL** | **28,700** | | **($141,975.00)** | | **2,000 TOTAL** | | | **$9,350.00** | **26700** | **3,738** | **($128,887.00)** |
| **Hantash Family Totals** | | **42,700** | | **($231,090.50)** | | **2,000** | | | **$9,350.00** | **44450** | **6,223** | **($215,517.50)** |
| **Price, Kenneth** | 6/7/2007 | 25,000 | ($5.75) | ($143,750.00) | 7/16/2007 | 500 | $7.31 | $3,655.00 | | | |
| | 8/7/2007 | 10,000 | ($3.50) | ($35,000.00) | 7/16/2007 | 1,200 | $7.30 | $8,760.00 | | | |
| | 8/7/2007 | 1,000 | ($3.28) | ($3,280.00) | 7/17/2007 | 5,000 | $7.00 | $35,000.00 | | | |
| | 8/13/2007 | 6,450 | ($2.90) | ($18,705.00) | 7/17/2007 | 750 | $7.02 | $5,265.00 | | | |
| | 9/17/2007 | 15,000 | ($1.50) | ($22,500.00) | 11/30/2007 | 50,000 | $0.13 | $6,500.00 | | | |
| | **TOTAL** | **57,450** | | **($223,235.00)** | | **57,450 TOTAL** | | | **$59,180.00** | | | **($164,055.00)** |
| | **CXTI INVESTORS TOTALS** | **157,450** | | **($930,452.60)** | | **59,450** | | | **$68,530.00** | | | **($841,699.60)** |

Exhibit 4

# THE ROSEN LAW FIRM P.A. BIOGRAPHY

## I.    ATTORNEYS

**LAURENCE ROSEN  - FOUNDING MEMBER**

Laurence Rosen is a 1988 graduate of New York University School of Law.  He earned an M.B.A. in finance and accounting at the University of Chicago Graduate School of Business and a B.A. in Economics from Emory University.  Mr. Rosen served as a law clerk to the Honorable Stanley S. Brotman, Senior United States District Judge for the District of New Jersey.  Mr. Rosen entered private practice as an associate at the law firm of Skadden Arps Slate Meagher & Flom where he participated in a number of complex securities class action and derivative litigation matters. He later served as an associate at McCarter & English in Newark, New Jersey where he specialized in securities and business litigation.

After practicing general securities and commercial litigation in New York City with Solton Rosen & Balakhovsky LLP, Mr. Rosen founded The Rosen Law Firm to represent investors exclusively in securities class actions and derivative litigation.  Mr. Rosen is admitted to practice law in New York, California, Florida, New Jersey and the District of Columbia.

**PHILLIP KIM – ASSOCIATE**

Mr. Kim is a graduate of Villanova University School of Law and received a B.A. in Economics from The Johns Hopkins University in Baltimore, Maryland.  Prior to joining The Rosen Law Firm, Mr. Kim served as Assistant Corporation Counsel for the City of New York in the Special Federal Litigation Division.  In that position, Mr. Kim defended a number of class action lawsuits, vertically handled numerous individual actions, and participated in more than

seven trials.  Mr. Kim focuses his practice on securities class actions and shareholder derivative litigation. Mr. Kim is admitted to the bars of the State of New York, the United District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

**CHRISTOPHER S. HINTON – OF COUNSEL**

Mr. Hinton is admitted to the bars of the State of New York, the United States District Court for the Southern District of New York, United States District Court for the Eastern District of Wisconsin, and the United States District Court for the District of Nebraska. He received a B.A. degree in Economics and Political Science in 1997, *magna cum laude*, from Marquette University, where he was elected to Phi Beta Kappa, and received a J.D. degree, cum laude, from University of Illinois College of Law at Champaign in 2002. His primary area of practice is securities and ERISA class action litigation. He co-authored Foreign Investors Serving as Lead Plaintiffs in U.S.- Based Securities Cases, International Practice Section Newsletter (Association of Trial Lawyers of America, Washington, D.C.), Winter 2004 and Spring 2005. Mr. Hinton has been a member of the plaintiffs' bar since 2003 and has focused on class action litigation.

## II.    RECENT ACCOMPLISHMENTS OF THE ROSEN LAW FIRM PA

In re StockerYale, Inc. Securities Litigation, Case No. 1:05-cv-00177.  The Rosen Law Firm served as sole Lead Counsel in this consolidated class action in the U.S. District Court for the District of New Hampshire.  The complaint alleged violations of §10b, 20(a) and 20A of the Securities Exchange Act arising out of the issuance of allegedly false and misleading press releases regarding certain contracts the Company claimed to have signed.  Plaintiffs settled this class action for $3.4 million cash payment to class members.

Madden v. Pegasus Communications Corp, Case No. 2:05-cv-0568.  The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Eastern District of Pennsylvania.  The action alleged violations of § 10b and 20(a) of the Securities Exchange Act arising out of the issuance of allegedly false and misleading statements concerning the Company's direct broadcast satellite agreement with DirecTV and the Company's reported subscriber growth and totals.  Plaintiffs settled this action for a $2.95 million cash payment to class members.

In re TVIA, Inc. Securities Litigation, Case No. C-06-06403-RMW.  The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Northern District of California.  The complaint alleges violations of §10b, 20(a), 20(A) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements by virtue of the Company improperly recognizing revenues in violation of GAAP.  The parties have preliminarily agreed to settle this action for $2.85 million cash payment to class members.

In re Robert T. Harvey Securities Litigation, Case No. SA CV-04-0876 DOC (PJWx). The Rosen Law Firm served as Co-Lead Counsel in this class action in the U.S. District Court for the Central District of California and the related California state court class actions.  This

action alleged violations of §10b and 20(a) of the Securities Exchange Act arising out of the sale

of partnership interests that corresponded to the securities of Chaparral Network Storage and

AirPrime, Inc., n/.k/a Sierra Wireless, Inc..  Plaintiffs settled this and the related state court

actions for an aggregate $2.485 million cash payment to class members.

In re PartsBase.com, Inc. Securities Litigation, Case No. 01-8319.  The Rosen Law Firm

was Co-Lead Counsel in this class action in the U.S. District Court for the Southern District of

Florida.  The action arose from a $45.5 million initial public offering of common stock by the

defendant issuer and a syndicate of underwriters including Roth Capital Partners and PMG

Capital Corp.  Co-Lead Counsel obtained a $1.5 million cash settlement for class members.

In re Empyrean Bioscience Securities Litigation, Case No. 1:02CV1439.  This class

action in which the Rosen Law Firm was sole Lead Counsel was filed in the U.S. District Court

for the Northern District of Ohio.  The action alleged violations of §10b of the Securities

Exchange Act based on misrepresentations in defendants' SEC filings and press releases

concerning the clinical testing of the Company's GEDA Plus microbicide gel.  After the court

denied defendants' motion to dismiss the complaint, the parties briefed the issue of whether the

securities were traded in an efficient market. Prior to a decision on market efficiency, Plaintiffs

settled the case for a $1.4 million payment to class members.

In re Flight Safety Technologies, Inc. Securities Litigation, Case No. 3:04-cv-1175.  The

Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action

pending in the U.S. District Court for the District of Connecticut.  The complaint alleges

violations of §10b and §20(a) of the Securities Exchange Act arising out of the defendants

alleged failure to disclose material adverse information concerning the Company's products

under development and misrepresenting the amount of time it would take to commercialize the

products. The parties have preliminarily agreed to settle this action for $1.2 million cash payment to class members.

In re: M.H. Meyerson & Co. Securities Litigation, Case No. 02-CV-2724. This class action, in which the Rosen Law Firm was sole Lead Counsel was filed in U.S. District Court for District of New Jersey. The complaint alleged violations of §10b of the Securities Exchange Act based on allegedly false and misleading SEC filings related to the planned launch of an online brokerage business, and other material misrepresentations, which allegedly inflated the price of Meyerson stock during the class period. Plaintiffs settled the case for a $1.2 million payment to class members.

In re OPUS360 Corp. Securities Litigation, Case No. 01-Civ-2938. The Rosen Law Firm was Co-Lead Counsel for this action brought in the Southern District of New York alleging violations of the federal securities laws arising from a $75.0 million initial public offering of common stock by the defendant issuer and a syndicate of underwriters including JP Morgan and Robertson Stephens, Inc. The Court certified the action as a class action and approved a final settlement.

Huttenstine v. Mast, Case No. 4:05-cv-152 F(3). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Eastern District of North Carolina. The complaint alleges violations of §10b and 20(a) of the Securities Exchange Act arising out of the Company's material misstatements and omissions concerning the nature of certain sales contracts it had entered into. The parties have preliminarily agreed to settle this action this action for $425,000 cash payment to class members.

Fouladian v. Busybox.com, Inc., Case No. BC 248048. The Rosen Law Firm was Co-Lead Counsel in this class action brought in California Superior Court, Los Angeles County. The action arose from a $12.8 million initial public offering of securities by the defendant issuer

and underwriter.  California and federal securities laws claims (Cal. Corp. Code §25401 and §11 of 1933 Act) were brought on behalf of a nationwide class of public offering investors.  The Court approved a $1.0 million cash settlement to a nationwide class of investors.

     <u>Gianoukas v. Tullio and Riiska</u>, Case No. 02CC18223.  The Rosen Law Firm was lead counsel to a group of twenty-one plaintiffs that brought claims of fraud and negligent misrepresentation in California Superior Court, Orange County against the former Chief Executive and Chief Financial Officers of a publicly traded software company, NQL Inc.  The complaint alleged that the officers issued a series of false and misleading press releases concerning the business of NQL for the purpose of inducing the purchase and retention of NQL securities.  Plaintiffs settled the action favorably for a confidential amount.

     <u>The BoxLot Company v. InfoSpace, Inc.</u>, Case No. GIC 779231.  The Rosen Law Firm was plaintiff's counsel for this action filed in California Superior Court, San Diego County which arose from the aborted merger agreement and ultimate sale of The BoxLot Company's assets to InfoSpace.  The action alleged violations of California securities laws (Cal. Corp. Code §25400 & §25401) and common laws and sought damages of $92.8 million from InfoSpace and its CEO, Naveen Jain.  The case settled favorably for plaintiffs for a confidential amount.

     <u>Kinzinger v. Paradigm Medical Industries, Inc.</u>, Case No. 03-0922608.  This class action pending in Utah State court, in which The Rosen Law Firm is sole Lead Counsel, alleged violations of the Utah Securities Act against Paradigm Medical arising out of false and misleading statements made to investors in a $5.0 million private placement of securities. The Court approved a $625,000 settlement on behalf of the private placement purchasers.

## III.   SECURITIES CLASS ACTIONS IN WHICH THE ROSEN LAW FIRM P.A. IS CURRENTLY LEAD COUNSEL

In re Nature's Sunshine Products Securities Litigation, Case No. 2:06-cv-00267-TS-SA. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the District of Utah.  The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's materially false and misleading statements concerning its financial statements and business practices.  The complaint alleges that the Company was able to attain a market capitalization of over $300 million based on the false and misleading statements.  This action is in discovery.

Kou v. Medis Technologies, Ltd., Case No. 07-CV-3230 (PAC).  The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the United States District Court for the Southern District of New York.  The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements regarding the nature of sales contracts the Company entered into with Microsoft.  The action is currently at the pleading stage.

Miller v. Dyadic International, Inc. et al., Case No.  07-80948-CIV-DIMITROULEAS. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Southern District of Florida.  The complaint alleges violations of §10b and 20(a) of the Securities Exchange Act arising out of a serious fraud in the Company's once touted Asian operations which resulted in the termination of its CEO, findings that the former CEO had willfully concealed a fraud, a restatement, and a continuing trading halt on the Company's stock by the AMEX.  This action is currently at the pleading stage.

In re Northfield Laboratories, Inc. Securities Litigation, Case No. 06 C 1493.  The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending the

U.S. District Court for the Northern District of Illinois.  The complaint alleges violations of §

10b and 20(a) of the Securities Exchange Act arising out of the Company's materially false and

misleading statements concerning its PolyHeme blood substitute product and business prospects.

The complaint alleges that the Company was able to attain a market capitalization of over $550

million based on the false and misleading statements.  This action is currently at the pleading

stage.

      Shiring v. Tier Technologies, Inc., et al., Case No. 1:06-CV-1276-TSE/BRP.  The Rosen

Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S.

District Court for the Eastern District of Virginia.  The complaint alleges violations of § 10b and

20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false

and misleading financial statements by virtue of the Company engaging in "earnings

management" in order to manipulate the Company's reported results.  This action is currently at

the pleading stage.

      Zagami v. Natural Health Trends Corp., et al., Case No. 3:06-CV-1654-D.  The Rosen

Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S.

District Court for the Northern District of Texas.  The complaint alleges violations of § 10b and

20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false

and misleading financial statements in violation of GAAP.  This action is currently at the

pleading stage.

      In re United American Healthcare Securities Litigation, Case No. 2:2005cv72112.  The

Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action that is

currently on appeal with the U.S. Sixth Circuit Court of Appeals from the U.S. District Court for

the Eastern District of Michigan.  The complaint alleges violations of § 10b and 20(a) of the

Securities Exchange Act arising out the Company's failure to disclose certain information about

a contract it had with the State of Tennessee—which accounted for almost all of the Company's revenues.