**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CARLOS MUNOZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>CHINA EXPERT TECHNOLOGY, INC., ZHU XIAOXIN, HUANG TAO and FU WAN CHUNG<br><br>                      Defendants. | DOCKET NUMBER: 07-cv-10531-AKH<br><br>HON. ALVIN K. HELLERSTEIN |

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE GROS GROUP FOR APPOINTMENT AS LEAD PLAINTIFF**

On January 22, 2008, the Gros Group filed a motion for appointment as Lead Plaintiff in the above-referenced action. After reviewing the motions for appointment as Lead Plaintiff filed by the competing movants—UVE Partners and CXTI Investors Group—the Gros Group is of the opinion that it appears that it does not have the largest financial interest in the relief sought in this action.

The Gros Group has no reason to believe that the competing movants, with larger financial interests than the Gros Group in the relief sought in this action, are not adequate to represent the Class, and accordingly respectfully withdraws its Lead Plaintiff motion. However, should the Court find the competing movants inadequate to serve as Lead Plaintiff in this action, the Gros Group stands ready and willing to serve as Lead Plaintiff.

Dated: January 24, 2008                             Respectfully submitted,

                                                    KAHN GAUTHIER SWICK, LLC

                                                    /s/  Kim E. Miller
                                                    Michael A. Swick  (MS-9970)
                                                    Kim E. Miller (KM-6996)
                                                    12 East 41st Street, 12th Floor
                                                    New York, NY 10017
                                                    Telephone:   (212) 696-3730
                                                    Facsimile:   (504) 455-1498

                                                    KAHN GAUTHIER SWICK, LLC
                                                    Lewis S. Kahn
                                                    650 Poydras St., Suite 2150
                                                    New Orleans, Louisiana 70130
                                                    Telephone (504) 455-1400
                                                    Facsimile: (504) 455-1498

                                                    *Attorneys for the Gros Group*

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 24, 2008.

                                                    /s/ Kim E. Miller____
                                                    Kim E. Miller