**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiff,<br><br>vs.<br><br>CHINA EXPERT TECHNOLOGY, INC.; ZHU XIAOXIN; HUANG TAO; and FU WAN CHUNG, a/k/a SIMON FU,<br><br>            Defendants. | CASE No.: 07-CV-10531 (AKH)<br><br>**NOTICE OF NON-OPPOSITION TO CXTI INVESTORS' MOTION TO BE APPOINTED LEAD PLAINTIFFS AND FOR APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br><u>CLASS ACTION</u> |

-----------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Plaintiffs Joseph Nunn, The Hantash Family, and Kenneth Price (collectively the "CXTI Investors") respectfully submit this Notice of Non-Opposition to CXTI Investors' Motion to be appointed Lead Plaintiffs and for Approval of their Selection of the Rosen Law Firm, P.A. as Lead Counsel (collectively "Lead Plaintiff Motion").

On January 22, 2008, CXTI Investors and two other investor groups filed Lead Plaintiff Motions. *See* Docket Nos. 4, 5, 8. The two other movant groups were styled as the Gros Group (Docket no. 5) and the UVE Partners Group (Docket No. 4). On January 24, 2008, the Gros Group withdrew its Lead Plaintiff Motion. *See* Docket no. 11. On February 5, 2008, the CXTI

Investors filed their opposition to the lone remaining Lead Plaintiff Motion filed by the UVE Partners Group. *See* Docket No. 12. To date, UVE Partners Group has not filed an opposition to the CXTI Investors' Lead Plaintiff Motion, and any opposition filed by the UVE Partners Group would be untimely. Thus, it appears that the UVE Partners Group has abandoned its Lead Plaintiff Motion.

Accordingly, there is no opposition to the CXTI Investors' Lead Plaintiff Motion, and the Court should enter an order appointing each of the CXTI Investors as Lead Plaintiffs and appointing the Rosen Law Firm, P.A. as Lead Counsel.

Respectfully submitted,

Dated: February 13, 2008

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of February, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                    /s/ Phillip Kim