UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, Individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CHINA EXPERT TECHNOLOGY, INC.  )<br>ZHU XIAOXIN, HUANG TAO, and  )<br>FU WAN CHUNG, a.k.a. SIMON FU,  )<br>)<br>Defendants.  )<br>_____) | Case No. 07-cv-10531-AKH<br><br>"ECF" CASE |

**NOTICE OF WITHDRAWAL**
**OF MOTION FOR LEAD PLAINTIFF AND COUNSEL OF RECORD**

On January 22, 2008, the UVE Partners Group, represented by the law firm of FEDERMAN & SHERWOOD, and William B. Federman, filed a motion for appointment as Lead Plaintiff in the above referenced action. After reviewing the motions for appointment as Lead Plaintiff filed by the competing movants – CXTI Investors Group[1] and Gros Group[2] – the UVE Partners Group is of the opinion that it appears that it does not have the largest financial interest in the relief sought in this action.

PLEASE TAKE NOTICE, the law firm of FEDERMAN & SHERWOOD, and William B. Federman, hereby withdraw as counsel of record in this action and the UVE Partners Group withdraws its Lead Plaintiff Motion. The UVE Partners Group has no reason to believe that CXTI Investors Group, with a larger financial interest than the UVE Partners Group in the relief sought in this action, is not adequate to represent the Class. Plaintiffs and respective Class

---

[1] On February 13, 2008, CXTI Investors Group filed a Notice of Non-Opposition to CXTI Investors' Motion to be Appointed Lead Plaintiff and For Approval of their Selection of Lead Counsel. *See Dkt. No.* 13.

[2] On January 24, 2007, the Gros Group filed a Notice of Withdrawal of Motion of the Gros Group for Lead Plaintiff. *See Dkt. No.* 11.

Members will not be prejudiced by this withdrawal.

Dated:   February 26, 2008                    Respectfully submitted,


                                              _____s/William B. Federman_____
                                              William B. Federman  (WBF9124)
                                              Attorneys for Movant
                                              10205 N. Pennsylvania Ave.
                                              Oklahoma City, OK  73120
                                              Telephone:  (405) 235-1560
                                              Fax:  (405) 239-2112
                                              wfederman@aol.com

                                              -and-

                                              2926 Maple Ave., Suite 200
                                              Dallas, TX  75201

**CERTIFICATE OF SERVICE**

      This is to certify that on February 26, 2008, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List:  The following are those who are currently on the list to receive e-mail notices for this case:

Laurence Matthew Rosen
Phillip C. Kim
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

Kim Elaine Miller
Kahn, Gauthier, Swick LLC
12 East 41st St., 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Kimmiller225@yahoo.com

Manual Notice List
The following is the list of attorneys who are not on the list to receive email notices for this case (who therefore require manual noticing).

                                                                           ___s/William B. Federman_____
                                                                           William B. Federman