**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARLOS MUNOZ, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

        vs.

CHINA EXPERT TECHNOLOGY, INC.; ZHU
XIAOXIN; HUANG TAO; and FU WAN
CHUNG, a/k/a SIMON FU,

                Defendants.
-------------------------------------------------------------------X

CASE No.: 07-CV-10531 (AKH)

**NOTICE OF VOLUNTARY DISMISSAL, WIHTOUT PREJUDICE, AS TO DEFENDANTS ZHU XIAOXIN; HUANG TAO; AND FU WAN CHUNG, A/K/A SIMON FU**

CLASS ACTION

**PLEASE TAKE NOTICE,** that Plaintiff, Carlos Munoz, voluntarily dismisses this action as against Defendants Zhu Xiaoxin; Huang Tao; and Fu Wan Chung, a/k/a Simon Fu, *without prejudice*. This Voluntary Dismissal shall not have any impact as to the claims against defendant China Expert Technology, Inc.. Plaintiff's claims against China Expert Technology, Inc. shall move forward. This Voluntary Dismissal shall not be considered in any way as an admission, inference, or otherwise, that the claims against these defendants are without merit or that China Expert Technology, Inc. is free from liability. This Voluntary Dismissal shall have no effect on Plaintiff's rights as a member of the proposed class, including but not limited to the

right to share in any recovery from the resolution of these actions, through settlement, judgment or otherwise.

Respectfully submitted,

Dated: March 5, 2008

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Attorneys for Plaintiff

*So ordered 3/17/08* [signature]

2