```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CARLOS MUNOZ, INDIVIDUALLY AND                CASE No.: 07-CV-10531 (AKH)
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                                                                       CLASS ACTION

          Plaintiff,

          vs.

CHINA EXPERT TECHNOLOGY, INC.,

          Defendant.
-----------------------------------------------------------------------X

~~[PROPOSED]~~ ORDER  *Appointing Lead Pl. [and] Lead Counsel*

WHEREAS, the above-captioned securities class action has been filed against defendant China Expert Technology, Inc., alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on November 21, 2007, Plaintiff in the above-captioned action caused notice to be issued to potential class members of the action and informed them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on January 22, 2008, Plaintiffs Joseph Nunn; The Hantash Family consisting of Basil Hantash, his mother Amna Hantash, and his brother Bashar Hantash; and Kenneth Price (the "CXTI Investors"), moved the Court to: (1) appoint each of themselves and collectively as lead plaintiffs; and (2) approve their selection of the Rosen Law Firm, P.A. as lead counsel; and

WHEREAS, the Court finding that CXTI Investors have the largest financial interest in this action and *prima facie* satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), the CXTI Investors and each of its members are appointed Lead Plaintiffs for the class as they have the largest financial interest in this litigation and otherwise satisfy the requirements of Fed. R. Civ. P. 23.

2. The CXTI Investors' choice of counsel is approved and accordingly, the Rosen Law Firm, P.A. is appointed Lead Counsel.

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiffs and the Class.

Dated March 25, 2008

SO ORDERED:

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE