**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, NY  10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | No.: 07-CV-10531 (AKH) |
| Plaintiff, | **LEAD PLAINTIFFS' NOTICE OF MOTION FOR ORDER DECLARING THE PSLRA DISCOVERY STAY IS NO LONGER IN EFFECT** |
| vs. | |
| CHINA EXPERT TECHNOLOGY, INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Lead Plaintiffs CXTI Investors (the "Plaintiffs") hereby move this Court, the Honorable Alvin K. Hellerstein, United States District Judge, for an order:

(a) declaring that the stay of discovery, as set forth in Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") 15 U.S.C.A. § 78u-4(b)(3)(B), is no longer in effect;  and

(b) allowing Plaintiffs to engage in any discovery as permitted under the Federal Rules of Civil Procedure, including but not limited to document requests, interrogatories, and depositions.

In support of this Motion, Plaintiffs submit: (1) the Declaration of Phillip Kim dated March 31, 2008; (2) Memorandum of Law dated March 31, 2008; and (3) a [Proposed] Order declaring the PSLRA discovery stay to be no longer in effect annexed hereto.

Dated: March 31, 2008                            Respectfully submitted,


                                                 By:  /s/ Phillip Kim
                                                 Phillip Kim, Esq.
                                                 Laurence M. Rosen, Esq.
                                                 THE ROSEN LAW FIRM, P.A.
                                                 350 Fifth Avenue, Suite 5508
                                                 New York, NY  10118
                                                 Phone: (212) 686-1060
                                                 Fax: (212) 202-3827

                                                 Lead Counsel for the Class

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Notice was provided via First Class Mail to:

China Expert Technology, Inc.,
C/O Registered Agent
Incorp Services, Inc.
3155 East Patrick Lane, Suite 1
Las Vegas, NV 89120-3481

/s/ Phillip Kim

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, NY  10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA EXPERT TECHNOLOGY, INC.,<br><br>Defendant. | No.: 07-CV-10531 (AKH)<br><br>**[PROPOSED] ORDER DECLARING THE PSLRA STAY OF DISCOVERY IS NO LONGER IN EFFECT** |

## [PROPOSED] ORDER

Lead Plaintiffs CXTI Investors (the "Plaintiffs") by and through Lead Counsel the Rosen Law Firm, P.A. having filed a motion pertaining to Section 21D of the Securities Exchange Act 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") 15 U.S.C.A. § 78u-4(b)(3)(B) for an order declaring that the PSLRA discovery stay is no longer in effect; and

The Court having considered the Plaintiffs' motion, the Memorandum of Law, the Declaration of counsel, all submitted in support thereof; and

The Court having found that Plaintiffs have sufficiently demonstrated that their motion does

not contravene the legislative intent of the PSLRA discovery stay;

**IT IS HEREBY ORDERED THAT:**

    1.    The stay of discovery is no longer in effect; and

    2.    Plaintiffs may engage in any discovery as permitted under the Federal Rules of Civil Procedure, including but not limited to document requests, interrogatories, and depositions.

SO ORDERED:

Dated _____, 2008

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE