**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, NY  10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA EXPERT TECHNOLOGY, INC.,<br><br>Defendant. | No.: 07-CV-10531 (AKH)<br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR ORDER DECLARING THE PSLRA DISCOVERY STAY IS NO LONGER IN EFFECT**<br><br>**BY ECF FILING** |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR ORDER DECLARING THE PSLRA DISCOVERY STAY IS NO LONGER IN EFFECT**

Phillip Kim, hereby declares;

1. I am an attorney of The Rosen Law Firm P.A., Lead Counsel for the Class in this action and have personal knowledge of the facts set forth herein.  I make this declaration in support of the motion of Lead Plaintiffs, CXTI Investors, for an order declaring the PSLRA discovery stay is no longer in effect.  I am duly admitted to practice before this Court on this matter.

    2.    A complaint was filed on November 21, 2007.  <u>See</u> Docket # 1.

    3.    Defendant China Expert Technology, Inc. is a Nevada corporation.

    4.    The complaint was served upon Defendant China Expert Technology, Inc. by a licensed process server in Nevada on November 30, 2007.

    5.    China Expert Technology, Inc. accepted service.  <u>See</u> Docket # 2.

    6.    The Summons was returned executed, and it was filed on December 7, 2007.  <u>See</u> Docket # 2.

    7.    The answer was due on December 20, 2007.  <u>See</u> Docket #2.

    8.    Defendant never filed an answer.  Defendant never filed a motion to dismiss.

    9.    Notice of the Clerk's Certificate of Default as to China Expert Technology, Inc. was filed on January 22, 2008.  <u>See</u> Docket # 3.

    10.    Notice of Voluntary Dismissal, without Prejudice, as to Defendants Zhu Xiaoxin, Huang Tao, and Fu Wan Chung, a/k/a Simon Fu was filed on March 17, 2008.  <u>See</u> Docket # 17.

    11.    The Order appointing CXTI Investors Lead Plaintiff and The Rosen Law Firm, P.A. Lead Counsel was filed on March 25, 2008.  <u>See</u> Docket # 18.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on March 31, 2008, at New York, New York.

                                                                                           <u>/s/ Phillip Kim</u>
                                                                                           Phillip Kim, Esq.

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Notice was provided via First Class Mail to:

China Expert Technology, Inc.,
C/O Registered Agent
Incorp Services, Inc.
3155 East Patrick Lane, Suite 1
Las Vegas, NV 89120-3481

/s/ Phillip Kim