**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

vs.

CHINA EXPERT TECHNOLOGY, INC.,

    Defendant.

No.: 07-CV-10531 (AKH)

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR ORDER DECLARING THE PSLRA DISCOVERY STAY IS NO LONGER IN EFFECT**

---

**PLEASE TAKE NOTICE** that Lead Plaintiffs CXTI Investors (the "Plaintiffs") hereby move this Court, the Honorable Alvin K. Hellerstein, United States District Judge, for an order:

(a) declaring that the stay of discovery, as set forth in Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") 15 U.S.C.A. § 78u-4(b)(3)(B), is no longer in effect; and

(b) allowing Plaintiffs to engage in any discovery as permitted under the Federal Rules of Civil Procedure, including but not limited to document requests, interrogatories, and depositions.

In support of this Motion, Plaintiffs submit: (1) the Declaration of Phillip Kim dated March 31, 2008; (2) Memorandum of Law dated March 31, 2008; and (3) a [Proposed] Order declaring the PSLRA discovery stay to be no longer in effect annexed hereto.

Dated: March 31, 2008                     Respectfully submitted,


                                          By:  /s/ Phillip Kim
                                          Phillip Kim, Esq.
                                          Laurence M. Rosen, Esq.
                                          THE ROSEN LAW FIRM, P.A.
                                          350 Fifth Avenue, Suite 5508
                                          New York, NY 10118
                                          Phone: (212) 686-1060
                                          Fax: (212) 202-3827

                                          Lead Counsel for the Class

2