UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHINA EXPERT TECHNOLOGY, INC.,<br><br>　　　　Defendant. | No.: 07-CV-10531 (AKH)<br><br>**NOTICE OF APPEARANCE OF TIMOTHY W. BROWN**<br><br>**BY ECF FILING** |

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for Plaintiffs Carlos Munoz and for Lead Plaintiffs Joseph Nunn, The Hantash Family consisting of Basil Hantash, his mother Amna Hantash, and his brother Bashar Hantash, and Kenneth Price.

　　I certify that I am admitted to practice in this court.

5/16/08
Date

_____
Signature

Timothy W. Brown　　　　TB-1008
Print Name　　　　　　　　Bar Number

350 Fifth Avenue, Suite 5508
Address

New York　　NY　　10118
City　　　　State　　Zip Code

(212) 686-1060　　(212) 202-3827
Phone Number　　Fax Number

CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of May, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

    Notice was provided via First Class Mail to:

China Expert Technology, Inc.,
C/O Registered Agent
Incorp Services, Inc.
3155 East Patrick Lane, Suite 1
Las Vegas, NV 89120-3481

                                                  /s/ Timothy W. Brown