UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Division

|  |  |
|---|---|
| CARLOS MUNOZ, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHINA EXPERT TECHNOLOGY, INC.; ) <br> PKF NEW YORK, CERTIFIED PUBLIC ) <br> ACCOUNTANTS, A PROFESSIONAL CORP.; ) <br> PKF HONG KONG, CERTIFIED PUBLIC ) <br> ACCOUNTANTS; BDO MCCABE LO LTD., ) <br> CERTIFIED PUBLIC ACCOUNTANTS; ) <br> BDO SEIDMAN, LLP ) <br> ) <br> Defendants. ) <br> ) | Case No.: 07-CV-10531 (AKH) <br> ECF |

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT AS AGAINST BDO SEIDMAN, LLP

Of Counsel:

Barbara Taylor
BDO Seidman, LLP
100 Park Avenue
New York, NY 10017

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
Gary A. Orseck (*admitted pro hac vice*)
Kathryn S. Zecca (*admitted pro hac vice*)
Damon W. Taaffe
1801 K Street, NW, Suite 411
Washington, DC 20006
Telephone: (202) 775-4500
Fax: (202) 775-4510

June 4, 2009

*Counsel for BDO Seidman, LLP*

Please take notice that, upon the accompanying Declaration of Gary A. Orseck, Esq., dated June 4, 2009, and the exhibits attached thereto, and upon the Memorandum in Support of this motion, BDO Seidman LLP will move this Court, at a time to be determined by the Court, at the United States District Court located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 100007-1312, for an order pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act, for an order dismissing the amended complain as against BDO Seidman in its entirety, and for any other relief the Court finds just and proper.

Respectfully submitted,

Of Counsel:

Barbara Taylor
BDO Seidman, LLP
 100 Park Avenue
New York, NY 10017

Gary A. Orseck (*admitted pro hac vice*)
Kathryn S. Zecca (*admitted pro hac vice*)
Damon W. Taaffe
ROBBINS, RUSSELL, ENGLERT, ORSECK,
     UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
Telephone: (202) 775-4500
Fax: (202) 775-4510

*Counsel for BDO Seidman, LLP*

June 4, 2009