Thomas R. Manisero, Esq. (TM 8548)
William J. Kelly, Esq. (WK 5966)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendants PKF Certified Public Accountants,
A Professional Corporation
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
(914) 323-7001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>CHINA EXPERT TECHNOLOGY, INC,; PKF NEW YORK, CERTIFIED PUBLIC ACCOUNTANTS, A PROFESSIONAL CORPORATION, PKF HONG KONG, CERTIFIED PUBLIC ACCOUNTANTS; BDO MCCABE LO LIMITED CERTIFIED PUBLIC ACCOUNTANTS, BDO SEIDMAN, LLP,<br><br>Defendants. | **ORAL ARGUMENT REQUESTED**<br><br>07 – CV – 10531 (AKH) |

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AS AGAINST DEFENDANT PKF CERTIFIED PUBLIC ACCOUNTANTS, A PROFESSIONAL CORPORATION**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of William J. Kelly, Esq., dated December 16, 2009, and the exhibit annexed thereto, the defendant PKF, Certified Public Accountants, A Professional Corporation, sued here as "PKF New York, Certified Public Accountants, A Professional Corporation" ("PKF New York"), will move this Court, at a time to be determined by the court, at the United States District Court located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

2619414.1

New York, New York 10007-1312 or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. Pro. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act, for an order dismissing the Second Amended Complaint as against PKF New York, in its entirety.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Stipulation and Order entered in this action on October 19, 2009, Plaintiffs' opposition papers shall be filed on or before January 28, 2010.

Dated:   New York, New York
         December 16, 2009

                          Wilson, Elser, Moskowitz, Edelman & Dicker LLP

                          By: _____
                          Thomas R. Manisero (TM 8548)
                          William J. Kelly (WK 5966)
                          *Attorneys for Defendant PKF,*
                          *Certified Public Accountants, A*
                          *Professional Corporation*
                          3 Gannett Drive
                          White Plains, New York 10604
                          914-323-7000
                          Fax: 914-323-7001
                          11077.00001

2619414.1