UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>-against-<br><br>CHINA EXPERT TECHNOLOGY, INC.; PKF NEW YORK, CERTIFIED PUBLIC ACCOUNTANTS, A PROFESSIONAL CORPORATION; PKF HONG KONG, CERTIFIED PUBLIC ACCOUNTANTS; BDO MCCABE LO LIMITED, CERTIFIED PUBLIC ACCOUNTANTS; BDO SEIDMAN, LLP,<br><br>Defendants. | 07 Civ. 10531 (AKH) |

**DEFENDANT PKF, CERTIFIED PUBLIC ACCOUNTANTS, A PROFESSIONAL CORPORATION'S JOINDER IN DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT ON GROUNDS OF FORUM NON CONVENIENS AND CONSENT TO JURISDICTION IN HONG KONG**

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Thomas R. Manisero
William J. Kelly
3 Gannett Drive
White Plains, New York 10604
Telephone: (914) 323-7000
Facsimile: (914) 323-7001

*Attorneys for PKF, Certified Public Accountants,
A Professional Corporation*

2706249.1

Defendant PKF, Certified Public Accountants, A Professional Corporation, sued here as "PKF, Certified Public Accountants, A Professional Corporation" ("PKF New York"), hereby joins in the Joint Motion to Dismiss the Second Amended Complaint on Grounds of Forum Non Conveniens filed by Defendants BDO Limited (f/k/a BDO McCabe Lo Ltd.) and PKF Hong Kong. Should the Court grant the Joint Motion to Dismiss the Second Amended Complaint on Grounds of Forum Non Conveniens, PKF New York consents to personal jurisdiction in Hong Kong to the extent that Plaintiffs file an action in Hong Kong arising out of the same underlying facts and circumstances giving rise to this action.

Dated: March 12, 2010

Respectfully submitted,

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

By: /s/ William J. Kelly
William J. Kelly

Thomas R. Manisero
William J. Kelly
3 Gannett Drive
White Plains, New York  10604
Telephone: (914) 323-7000
Facsimile: (914) 323-7001

*Attorneys for PKF, Certified Public Accountants,
A Professional Corporation*

2706249.1

-1-