UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CARLOS MUNOZ, INDIVIDUALLY, AND ON :
BEHALF OF ALL OTHERS SIMILARLY :  **SUMMARY ORDER**
SITUATED, :
: 07 Civ. 10531 (AKH)
                Plaintiff, :
:
      -against- :
:
CHINA EXPERT TECHNOLOGY, INC.; PKF :
NEW YORK, CERTIFIED PUBLIC :
ACCOUNTANTS, A PROFESSIONAL :
CORPORATION; PKF HONG KONG, :
CERTIFIED PUBLIC ACCOUNTANTS; BDO :
MCCABE LO LOMITED, CERTIFIED PUBLIC :
ACCOUNTANTS; BDO SEIDMAN, LLP, :
:
                Defendants. :
------------------------------------------------------------ x



ALVIN K. HELLERSTEIN, U.S.D.J.:

      On April 15, 2010, the parties appeared before me for oral argument on the motions of defendants BDO McCabe Lo Ltd., Certified Public Accountants, PKF Hong Kong, Certified Public Accountants, and PKF New York, Certified Public Accountants, a Professional Corporation, to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) and on the ground of *forum non conveniens*.

      For the reasons stated on the record, Defendants' 12(b)(6) motion is granted and the complaint is dismissed without prejudice. Plaintiff has leave to replead by May 28, 2010. Defendants' motion to dismiss on the ground of *forum non conveniens* is denied without prejudice to later submission.

      The Clerk shall mark the motions (Doc. Nos. 67, 72, 86 and 93) as terminated.

      SO ORDERED.

Dated:      April 16, 2010
             New York, New York

                                                        ALVIN K. HELLERSTEIN
                                                        United States District Judge