UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>        -against-<br><br>CHINA EXPERT TECHNOLOGY, INC.; PKF NEW YORK, CERTIFIED PUBLIC ACCOUNTANTS, A PROFESSIONAL CORPORATION; PKF HONG KONG, CERTIFIED PUBLIC ACCOUNTANTS; BDO MCCABE LO LIMITED, CERTIFIED PUBLIC ACCOUNTANTS; BDO SEIDMAN, LLP,<br><br>        Defendants. | 07 Civ. 10531 (AKH)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS PKF HONG KONG AND BDO LIMITED'S NOTICE OF MOTION AND
JOINT MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**

ORRICK, HERRINGTON & SUTCLIFFE LLP
Michael C. Tu (*admitted pro hac vice*)
Steven J. Fink
Charles J. Ha
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for PKF Hong Kong*

LATHAM & WATKINS LLP
Peter A. Wald (*admitted pro hac vice*)
James J. Farrell (*admitted pro hac vice*)
Cameron Smith
885 Third Ave.
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for BDO Ltd.*

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in support of this Joint Motion, the Declaration of Charles J. Ha filed concurrently herewith and the exhibits annexed thereto, the Request for Judicial Notice filed concurrently herewith, and all other pleadings in this action, defendants PKF Hong Kong and BDO Limited (f/k/a BDO McCabe Lo Ltd.), will and hereby do move this Court, before the Honorable Alvin K. Hellerstein, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Courtroom 14D, located at 500 Pearl Street, New York, New York, 10007, for an order pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 dismissing the Fourth Amended Complaint as against PKF Hong Kong and BDO Limited, and for any other relief the Court finds just and proper.

Dated:  May 6, 2011

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:                 */s/ Michael C. Tu*
                          Michael C. Tu

Michael C. Tu (*admitted pro hac vice*)
Steven J. Fink
Charles J. Ha
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for PKF Hong Kong*

1

LATHAM & WATKINS LLP

By:           */s/ James J. Farrell*
                James J. Farrell

Peter A. Wald (*admitted pro hac vice*)
James J. Farrell (*admitted pro hac vice*)
Cameron Smith
885 Third Ave.
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for BDO Ltd.*

2