USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CARLOS MUNOZ, et al.,

                         Plaintiffs,       :  **ORDER**

   -against-                                      :  07 Civ. 10531 (AKH)

CHINA EXPERT TECHNOLOGY, INC., et al.,

                         Defendants.
-------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Whereas the class representatives and the majority of the defendants have entered into a settlement agreement providing for payments totaling $4.2 million in exchange for a release of Plaintiffs' claims, the parties shall appear before me on August 12, 2013, at 2:30 p.m., in Courtroom 14D to discuss preliminary approval of the settlement and notice to the class.

        SO ORDERED.

Dated:     July __, 2013
           New York, New York

                                               ALVIN K. HELLERSTEIN
                                               United States District Judge