**THE ROSEN LAW FIRM, P.A.**
Timothy W. Brown, Esq. (TB 1008)
Laurence Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone:  212-686-1060
Facsimile:  212-202-3827
tbrown@rosenlegal.com
lrosen@rosenlegal.com
pkim@rosenlegal.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CARLOS MUNOZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: 07-cv-10531 (AKH) |
| Plaintiffs, | |
| v. | |
| CHINA EXPERT TECHNOLOGY, INC.; PKF NEW YORK, CERTIFIED PUBLIC ACCOUNTANTS, A PROFESSIONAL CORPORATION; PKF HONG KONG, CERTIFIED PUBLIC ACCOUNTANTS; AND BDO MCCABE LO LIMITED CERTIFIED PUBLIC ACCOUNTANTS, | |
| Defendants. | |

-----------------------------------------------------------------x

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR**
**<u>FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT</u>**

PLEASE TAKE NOTICE that on February 5, 2014 at 2:30 p.m. in Courtroom 14D of the United States District Court located at 500 Pearl Street, New York, New York, 10007-1312 plaintiffs will and hereby do move the Court, the Honorable Alvin K. Hellerstein, for final approval of the proposed class action.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying declaration of Timothy W. Brown in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated:  January 10, 2014                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Timothy W. Brown
Timothy W. Brown, Esq. (TB 1008)
Laurence Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: 212-686-1060
Facsimile: 212-202-3827

*Counsel for Lead Plaintiffs and the Class*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2014, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/_Timothy W. Brown _____